# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KATHY MUMPOWER,<br>     Plaintiff,<br><br>     v.<br><br>CREDIT FIRST NATIONAL ASSOCIATION,<br>     Defendant. | Case No.: 1:19-cv-02025-PAG<br><br><br>*ELECTRONICALLY FILED* |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Kathy Mumpower ("Plaintiff"), and Defendant Credit First National

Association ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

(Dismissal of Actions- Voluntary Dismissal By Plaintiff) voluntarily dismisses the above

captioned matter with prejudice, each party to bear its own costs and fees.

Dated:  January 16, 2020                    Respectfully submitted,

                                            */s/ Adam T. Hill*
                                            Adam T. Hill
                                            The Law Office of Jeffrey Lohman, P.C. 4740
                                            Green River Rd., Suite 310 Corona, CA 92880
                                            Tel. (657) 236-3525
                                            E: AdamH@jlohman.com
                                            *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2020, I electronically filed the foregoing

Notice Of Voluntary Dismissal With Prejudice using the CM/ECF System, which will notify all

registered parties.

                                            */s/ Adam T. Hill*
                                            Adam T. Hill