UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KATHY MUMPOWER,<br>Plaintiff,<br><br>v.<br><br>CREDIT FIRST NATIONAL ASSOCIATION,<br>Defendant. | Case No.: 1:19-cv-02025-PAG<br><br>*ELECTRONICALLY FILED* |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Kathy Mumpower ("Plaintiff"), and Defendant Credit First National Association ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Dismissal of Actions- Voluntary Dismissal By Plaintiff) voluntarily dismisses the above captioned matter with prejudice, each party to bear its own costs and fees.

Dated:  January 16, 2020               Respectfully submitted,

*/s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C. 4740 Green River Rd., Suite 310 Corona, CA 92880
Tel. (657) 236-3525
E: AdamH@jlohman.com
*COUNSEL FOR PLAINTIFF*

So Ordered.
/s/ Patricia A. Gaughan
1/17/20

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January 2020, I electronically filed the foregoing Notice Of Voluntary Dismissal With Prejudice using the CM/ECF System, which will notify all registered parties.

*/s/ Adam T. Hill*
Adam T. Hill